BRADLEY S. MAINOR, ESQ. (#7434)
  brad@me-injury.com
ADAM ELLIS, ESQ. (#14514)
  adam@me-injury.com
TAYLOR K. CALMELAT, ESQ. (#16681)
  taylor@me-injury.com
**MAINOR ELLIS INJURY LAWYERS**
8367 W. Flamingo Rd., Suite 200
Las Vegas, Nevada 89147
Tel. 702-450-5000 | Fax 702-733-1106
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER ANDREW ROBERTSON,<br><br>    Plaintiffs,<br>v.<br><br>JOAQUIN HERNANDEZ MARTINEZ, individually; SERENITY TRANSPORT, a Nevada Corporation; DOES I – X; and ROE CORPORATIONS I - X, inclusive,<br><br>    Defendants. | CASE NO.: 2:25-cv-01546-JAD-DJA<br><br>**STIPULATION AND ORDER REGARDING RULE 35 EXAMINATION** |

IT IS HEREBY STIPULATED by and between Plaintiff, CHRISTOPHER ANDREW ROBERTSON ("Plaintiff"), by and through his counsel of record, Bradley S. Mainor, Esq., Adam Ellis, Esq. and Taylor K. Calmelat, Esq. of MAINOR ELLIS INJURY LAWYERS and Daniela Madrid Hadges, Esq. of HOUSE OF LAW, and Defendants, JOAQUIN HERNANDEZ MARTINEZ and SERENITY TRANSPORT ("Defendants"), by and through their counsel of record, Melissa J. Roose, Esq. and Benjamin La Luzerne, Esq. of the law firm RESNICK & LOUIS, P.C., to the terms of the FRCP 35 examination (hereinafter "examination") as follows:

    1.    The orthopedic history and physical examination of Plaintiff, CHRISTOPHER ANDREW ROBERTSON, shall be conducted by Daniel D. Lee, M.D. ("Rule 35 medical examiner"). No other physician, surgeon, or chiropractor shall be present during the examination. If necessary, the Rule 35 medical examiner may utilize members of his/her staff to assist during the

1  examination.

2      2.    The examination shall be conducted in Clark County, Nevada, at 8:00 a.m. PST on a date agreeable to the Rule 35 medical examiner and the parties which will be referenced within the separately issued Notice of Independent Medical Examination.

    3.    Plaintiff must arrive at 7:30 a.m. PST (thirty minutes prior to the examination time of 8:00 a.m. PST) and bring state or federally issued identification (i.e., driver's license, passport, etc.).

    4.    Should Plaintiff fail to appear at the examination entirely, and/or fail to provide notice that an interpreter is needed, counsel for Defendants shall seek reimbursement from Plaintiff for the fee of the missed appointment. Should the Rule 35 medical examiner agree to waive any fees or costs to Defendants should Plaintiff fail to appear, Defendants agree they will not attempt to pass those fees onto Plaintiff.

    5.    Plaintiff will be required to fill out standard intake forms prior to the examination which will be provided to Plaintiffs' counsel at least fourteen (14) days prior to the date of the examination, and must be returned to defense counsel at least seven (7) business days before the date of the examination. Plaintiff will not be asked or required to complete any documentation on the date of the examination.

    6.    The examination shall be completed within two (2) hours, and Plaintiff will not be made to wait for the examination to begin for more than thirty (30) minutes from the start time.

    7.    During the examination, the Rule 35 medical examiner will not ask Plaintiff questions relating to liability; however, the Rule 35 medical examiner may ask questions regarding Plaintiff's orthopedic history and regarding how the underlying subject incident occurred, including the nature of the incident, Plaintiff's body, head, and/or limb position before/during/after the impact, and the extent to which Plaintiff's body, head, and/or limbs moved or made contact with any part of the vehicle during the collision.

    8.    Neither defense counsel nor Plaintiffs' counsel, nor anyone from their respective offices, may attend the examination. Plaintiff and/or Defendants are entitled to audio and video

MAINOR ELLIS, LLP
8367 W. Flamingo Road, Suite 200, Las Vegas, Nevada 89147
Phone: (702) 450-5000 | Fax: (702) 733-1106

1  record the examination, and Plaintiff shall be allowed sufficient time once in the examination room
2  to setup and configure his recording device prior to the examination commencing. If either party
3  records the examination, that party will disclose a copy of the recording to the opposing parties
4  within thirty (30) days after the date of the examination.

5         9.      No medical treatment will be rendered to Plaintiff by the Rule 35 medical examiner.

6        10.     The Rule 35 examiner will provide a report setting forth the initial opinion based on
7  the Rule 35 examination, and will list all tests, exams, and other materials (prior imaging, test
8  results, other physician reports) used by the examiner to form the examiner's opinions and
9  conclusions within 30 days of the examination, notwithstanding expert disclosure deadline set forth
10 in the discovery order (ECF no. 7) or any amendments thereto.

11       11.     A records review will be completed 60 days from the Rule 35 examination.

12       12.     To the extent this paragraph does not conflict with paragraph 10, *supra*, the
13 examiner's report compliant with Rule 26(a)(2) will be provided in accordance with the discovery
14 order in this case (ECF no. 7), as may be amended.

15       13.     Defendants' counsel will provide the Rule 35 medical examiner with a copy of the
16 Court's Order containing these terms and conditions prior to the examination.

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

14. If any testing administered by the examiner results in Plaintiff experiencing an unreasonable amount of pain, discomfort, or stress, Plaintiff will take a break from examination, consult with their counsel, and their counsel will call Defendants' counsel to discuss how to proceed.

| | |
|---|---|
| **RESNICK & LOUIS, P.C.** | **MAINOR ELLIS, LLP** |
| **/s/ Benjamin La Luzerne** | */s/Adam Ellis* |
| Melissa J. Roose, Esq., SBN: 7889<br>Benjamin R. La Luzerne, Esq., SBN: 12801<br>8945 W. Russell Road, Suite 330<br>Las Vegas, NV 89148<br>*Attorneys for Defendants,*<br>*Joaquin Hernandez Martinez*<br>*and Serenity Transport* | BRADLEY S. MAINOR, ESQ. (#7434)<br>ADAM ELLIS, ESQ. (#14514)<br>TAYLOR K. CALMELAT, ESQ. (#16681)<br>8367 W. Flamingo Road, Suite 200<br>Las Vegas, NV 89147<br>-AND-<br>**HOUSE OF LAW**<br>Daniela Madrid Hadges, Esq., SBN: 13530<br>11920 Southern Highlands Pkwy, Ste. 200<br>Las Vegas, Nevada 89141<br>*Attorneys for Plaintiff* |

### ORDER

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

Defendants may proceed with having the examiner conduct a Rule 35 examination of Plaintiff Christopher Andrew Robertson in accordance with the terms of the above Stipulation.

**IT IS SO ORDERED.**

DATED: 10/28/2025                                         _____
                                                                                 U.S. MAGISTRATE JUDGE

| | |
|---|---|
| **From:** | Adam Ellis |
| **To:** | Benjamin La Luzerne |
| **Cc:** | Melissa Roose; Shyanne Jackson; Michelle Telles; Natalie Cothran; Brad Mainor; Taylor Calmelat |
| **Subject:** | RE: Robertson v. Hernandez-Martinez SAO for Rule 35 Exam |
| **Date:** | Friday, October 24, 2025 2:50:22 PM |
| **Attachments:** | image001.png |



You can e-sign for me and submit, thanks!

*Adam Ellis, Esq.*
Partner
**Mainor Ellis, LLP**
adam@me-injury.com

---

**From:** Benjamin La Luzerne <blaluzerne@rlattorneys.com>
**Sent:** Friday, October 24, 2025 12:43 PM
**To:** Adam Ellis <adam@me-injury.com>
**Cc:** Melissa Roose <mroose@rlattorneys.com>; Shyanne Jackson <sjackson@rlattorneys.com>; Michelle Telles <mtelles@rlattorneys.com>; Natalie Cothran <nat@me-injury.com>; Brad Mainor <brad@me-injury.com>; Taylor Calmelat <taylor@me-injury.com>
**Subject:** Robertson v. Hernandez-Martinez SAO for Rule 35 Exam

Hello Mr. Ellis,

Thank you for discussing the proposed SAO for the Rule 35 exam in this case. Please let me know if we have your permission to include your e-signature on the attached for submission to the court.

Thank you again for your courtesy.

Ben


Benjamin R. La Luzerne
Admitted in Nevada, Florida, Iowa
blaluzerne@rlattorneys.com
NV Direct Phone: 702-747-4399


Contact Information



**Arizona  | California (7) | Colorado  | Florida (7) | Mississippi | New Mexico| New Jersey | New York | Nevada (2) | South Carolina (2) | Texas (5) | Utah | London, UK**

[www.rlattorneys.com](www.rlattorneys.com)

This message is confidential and may contain privileged information.  Only the intended recipient is authorized to read or utilize the information contained in this e-mail.  If you receive this message in error, please discard the message and advise the sender by reply e-mail or by phone.