**RESNICK & LOUIS, P.C.**
Melissa J. Roose, Esq., SBN: 7889
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
mroose@rlattorneys.com
*Attorneys for Defendants,*
*Joaquin Hernandez Martinez*
*and Serenity Transport*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| CHRISTOPHER ANDREW ROBERTSON, <br><br> Plaintiff, <br><br> v. <br><br> JOAQUIN HERNANDEZ MARTINEZ, individually; SERENITY TRANSPORT, a Nevada Corporation; DOES I – X; and ROE CORPORATIONS I - X, inclusive <br><br> Defendants. | CASE NO.: 2:25-cv-01546-JAD-DJA <br><br> **MOTION AND NOTICE TO REMOVE ATTORNEY AS COUNSEL OF RECORD** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Defendants, JOAQUIN HERNANDEZ MARTINEZ and SERENITY TRANSPORT, hereby respectfully move this Honorable Court and provide notice that Benjamin La Luzerne, Esq. will no longer be counsel of record for Defendants as he is departing from the law firm of Resnick & Louis, P.C.

Melissa J. Roose, Esq. of RESNICK & LOUIS, P.C. will continue to serve as counsel of record for Defendants, JOAQUIN HERNANDEZ MARTINEZ and SERENITY TRANSPORT.

All items including, but not limited to, pleadings, paper, correspondence, documents, and future notices in this action should continue to be directed to Melissa J. Roose, Esq. as counsel of record, accordingly.

DATED this 29th day of October 2025.

**RESNICK & LOUIS, P.C.**
*/s/ Melissa J. Roose*
_____
Melissa J. Roose, Esq., SBN: 7889
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Attorneys for Defendants,*
*Joaquin Hernandez Martinez*
*and Serenity Transport*

**IT IS SO ORDERED**.

DATED: 10/31/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b) and the NEFCR, I hereby certify that service of the foregoing **MOTION AND NOTICE TO REMOVE ATTORNEY AS COUNSEL OF RECORD** was served this 29th day of October, 2025, by:

[ ]  **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[X]  **ELECTRONIC MAIL**: by causing said document(s) to be delivered by emailing an attached Adobe Acrobat PDF of the document to the email address(es) identified below.

[ ]  **BY FACSIMILE**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

[ ]  **BY ELECTRONIC SERVICE**: by transmitting via the Court's electronic filing services the document(s) listed above to the Counsel set forth on the service list on this date pursuant to NEFCR.

| | |
|---|---|
| Bradley S. Mainor, Esq.<br>Adam Ellis, Esq.<br>Taylor K. Calmelat, Esq.<br>MAINOR ELLIS INJURY LAWYERS<br>8367 W. Flamingo Rd., Suite 200<br>Las Vegas, Nevada 89147<br><br>Attorneys for Plaintiff | Daniela Madrid Hadges, Esq.<br>HOUSE OF LAW<br>11920 Southern Highlands Pkwy,<br>Suite 200<br>Las Vegas, Nevada 89141<br><br>Attorneys for Plaintiff |

                                          */s/ Shyanne Jackson*
                              An Employee of Resnick & Louis, P.C.