**RESNICK & LOUIS, P.C.**
Melissa J. Roose, Esq., SBN: 7889
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
mroose@rlattorneys.com
*Attorneys for Defendants,*
*Joaquin Hernandez Martinez*
*and Serenity Transport*

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| CHRISTOPHER ANDREW ROBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>JOAQUIN HERNANDEZ MARTINEZ, individually; SERENITY TRANSPORT, a Nevada Corporation; DOES I – X; and ROE CORPORATIONS I - X, inclusive<br><br>Defendants. | CASE NO.: 2:25-cv-01546-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>(First Request) |

In accordance with Local Rules of Practice for the United States District Court for the District of Nevada LR 26-3, Plaintiff CHRISTOPHER ANDREW ROBERTSON, by and through his counsel of record Bradley S. Mainor, Esq., Adam Ellis, Esq. and Taylor K. Calmelat, Esq. of MAINOR ELLIS INJURY LAWYERS and Daniela Madrid Hadges, Esq. of HOUSE OF LAW and Defendants, JOAQUIN HERNANDEZ MARTINEZ and SERENITY TRANSPORT, by and through their counsel of record Melissa J. Roose, Esq. of the law firm of RESNICK & LOUIS, P.C., hereby stipulate and agree to an extension of certain discovery deadlines by fifty-four (54) days to accommodate expert discovery and scheduling needs. The parties propose the following revised discovery plan:

1

## I. DISCOVERY COMPLETED TO DATE

On August 19, 2025, Defendants removed this case to Federal Court.

1. On September 9, 2025, the parties attended the FRCP 26(f) Discovery Conference.

2. On September 10, 2025, Defendants served their Initial List of Witnesses and Documents Pursuant to FRCP 26(a)(1).

3. On September 10, 2025, Defendants served their First Set of Interrogatories, Requests for Production and Requests for Admission to Plaintiff.

4. On September 18, 2025, the Discovery Plan and Scheduling Order was filed [Doc. 5].

5. On September 19, 2025, Plaintiff served Interrogatories and Requests for Production on Defendants.

6. On September 23, 2025, Plaintiff served his Initial Early Case Conference List of Witnesses and Production of Documents.

7. On October 10, 2025, Defendants served a Notice of Taking the Deposition of Plaintiff Christopher Andrew Robertson set for November 17, 2025.

8. On October 10, 2025, Plaintiff served his First Supplement to List of Witnesses and Documents Pursuant to FRCP 26(a)(1) and his responses to Defendant Joaquin Hernandez Martinez's First Set of Interrogatories and Requests for Admission, only.

9. On October 13, 2025, Plaintiff served his responses to Defendant Joaquin Hernandez Martinez's First Set of Requests for Production.

10. On October 20, 2025, Defendants served their respective responses to Plaintiff's Interrogatories and Requests for Production.

11. On October 23, 2025, Plaintiff served an Amended Notice of Deposition of Defendant Joaquin Hernandez Martinez of Serenity Transport set for November 20, 2025.

12. On October 28, 2025, the Stipulation and Order for FRCP, Rule 35 Examination of Plaintiff was entered. [Doc. 9]

13. On October 29, 2025, the Notice of Rule 35 Examination of Plaintiff was served with the examination set to proceed on December 12, 2025.

## II. DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY

1. Defendants continue to obtain outstanding medical, billing, employment, insurance and/or other records pertaining to Plaintiff.

2. The deposition of Plaintiff Christopher Andrew Robertson is set for November 17, 2025.

3. The deposition of Defendant Joaquin Hernandez Martinez of Serenity Transport set for November 20, 2025.

4. The Rule 35 Examination of Plaintiff is set for December 12, 2025.

5. The Rule 35 Examination Report is to be produced on Monday, January 12, 2026.

6. Designations of Initial Expert Witnesses will need to follow the aforementioned.

7. Designations of Rebuttal Exert Witnesses will need to follow the aforementioned.

8. Any other depositions of witnesses, Plaintiff's treating providers and experts.

9. Additional discovery as the parties deem necessary.

## III. REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN TIME SET BY DISCOVERY PLAN

Defendants are diligently proceeding with obtaining Plaintiff's outstanding records to include those from out of state with use of a third-party vendor. As new providers are identified, during the discovery process, Defendants request additional authorizations to be signed by Plaintiff, then obtain and provide those signed authorizations to the third-party vendor to request those additional records. This process is well underway, but additional time is needed for completion.

On September 26, 2025, Defendants circulated a proposed Stipulation and Order for Rule 35 Examination of Plaintiff Christopher Andrew Robertson. The process required numerous meet and confer efforts to avoid motion practice which culminated in the Stipulation and Order entered on September 28, 2025. [Doc. 9]

///

///

///

### IV.   CURRENT DISCOVERY DEADLINES

| Description | Deadline |
|---|---|
| Amending the pleadings or adding parties | Tuesday, November 18, 2025 |
| Expert disclosures | Thursday, December 18, 2025 |
| Rebuttal expert disclosures | Monday, January 19, 2026 |
| Discovery cutoff | Monday, February 16, 2026 |
| Dispositive motions | Wednesday, March 18, 2026 |
| Pre-Trial Order | Friday, April 17, 2026 |

### V.   [PROPOSED] NEW DISCOVERY DEADLINES

| Description | Deadline |
|---|---|
| Amending the pleadings or adding parties | Tuesday, November 18, 2025 (no change) |
| Expert disclosures | Tuesday, February 10, 2026 |
| Rebuttal expert disclosures | Thursday, March 12, 2026 |
| Discovery cutoff | Monday, April 13, 2026 |
| Dispositive motions | Monday, May 11, 2026 |
| Pre-Trial Order | Wednesday, June 10, 2026 |

The Parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

**SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:**

DATED this  3rd  day of November 2025.

**MAINOR ELLIS INJURY LAWYERS**

  /s/ Adam Ellis
_____
Bradley S. Mainor, Esq., SBN: 7434
Adam Ellis, Esq., SBN: 14514
Taylor K. Calmelat, Esq., SBN: 16681
8367 W. Flamingo Road, Suite 200
Las Vegas, Nv 89147
-And-
Daniela Madrid Hadges, Esq., SBN: 13530
**HOUSE OF LAW**
11920 Southern Highlands Pkwy, Ste. 200
Las Vegas, Nevada 89141
*Attorneys for Plaintiff,*
*Christopher Andrew Robertson*

DATED this  3rd  day of November 2025.

**RESNICK & LOUIS, P.C.**

*/s/ Melissa J. Roose*
_____
Melissa J. Roose, Esq., SBN: 7889
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Attorneys for Defendants,*
*Joaquin Hernandez Martinez*
*and Serenity Transport*

## ORDER

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the below deadlines are now operative:

| Description | Deadline |
| --- | --- |
| Amending the pleadings or adding parties | Tuesday, November 18, 2025 |
| Expert disclosures | Tuesday, February 10, 2026 |
| Rebuttal expert disclosures | Thursday, March 12, 2026 |
| Discovery cutoff | Monday, April 13, 2026 |
| Dispositive motions | Monday, May 11, 2026 |
| Pre-Trial Order | Wednesday, June 10, 2026 |

**IT IS SO ORDERED.**

U.S. MAGISTRATE JUDGE

DATED: 11/4/2025

5