MELISSA J. ROOSE, ESQ.
Nevada Bar No. 7889
JOSHUA Y. ANG, ESQ.
Nevada Bar No. 14026
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Email: Roose@LitchfieldCavo.com
Email: Ang@LitchfieldCavo.com
*Attorneys for Defendants, Joaquin Hernandez Martinez and Serenity Transport*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER ANDREW ROBERTSON, individually,<br><br>Plaintiff,<br><br>JOAQUIN HERNANDEZ MARTINEZ, individually; SERENITY TRANSPORT, a Nevada Corporation; DOES I – X; and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-01546-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, CHRISTOPHER ANDREW ROBERTSON, by and through his counsel of record, Bradley S. Mainor, Esq. and Adam Ellis, Esq., of MAINOR ELLIS INJURY LAWYERS and Daniela Madrid Hadges, Esq. of HOUSE OF LAW, and Defendants, JOAQUIN HERNANDEZ MARTINEZ and SERENITY TRANSPORT, by and through their counsel of record, Melissa J. Roose, Esq. and Joshua Y. Ang, Esq. of the law firm LITCHFIELD CAVO LLP, that all parties and claims in this action be dismissed with prejudice in their entirety, with each of the parties to bear their own attorney's fees and costs.

/ / /

/ / /

**IT IS SO STIPULATED.**

DATED this 27th day of October 2026.

**MAINOR ELLIS INJURY LAWYERS**

*/s/ Adam Ellis*

Bradley S. Mainor, Esq., SBN: 7434
Adam Ellis, Esq., SBN: 14514
8367 W. Flamingo Road, Suite 200
Las Vegas, Nv 89147
-And-
Daniela Madrid Hadges, Esq., SBN: 13530
**HOUSE OF LAW**
11920 Southern Highlands Pkwy, Ste. 200
Las Vegas, Nevada 89141
*Attorneys for Plaintiff,*
*Christopher Andrew Robertson*

DATED this 16th day of October 2026.

**LITCHFIELD CAVO LLP**

*/s/ Melissa J. Roose*

Melissa J. Roose, Esq., SBN: 7889
Joshua Y. Ang, Esq., SBN: 14026
3993 Howard Hughes Pkwy, Suite 100
Las Vegas, Nevada 89169
*Attorneys for Defendants,*
*Joaquin Hernandez Martinez and Serenity Transport*

**ORDER**

Based on the parties' stipulation [ECF No. 27] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

U.S. DISTRICT COURT JUDGE
October 28, 2026